# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 5, 2017

154190-3

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

BANK OF AMERICA, NA,
   Plaintiff-Appellee,

v

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, f/k/a LAWYERS TITLE
INSURANCE CORPORATION,
   Defendant-Appellant,
and

FIDELITY TITLE COMPANY, HARRY S.
ELLMAN, JEANENNE FOSTER KEELY, f/k/a
JEANENNE FOSTER, FREEDOM FINANCIAL
MORTGAGE LENDING, LLC, JOHN HUSAR,
FIRST MORTGAGE CORPORATION,
THOMAS R. GRACZYK, and RONALD
KELLER,
   Defendants.

SC: 154190-2
COA: 311798, 312426, 313797
Oakland CC: 2010-114319-CK

_____/

BANK OF AMERICA, NA,
   Plaintiff/
   Counterdefendant-Appellee,

v

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, f/k/a LAWYERS TITLE
INSURANCE CORPORATION,
   Defendant/
   Counterplaintiff-Appellant,
and

CHICAGO TITLE INSURANCE COMPANY,
f/k/a TICOR TITLE INSURANCE OF FLORIDA,
   Defendant/Counterplaintiff,

SC: 154193
COA: 316538
Genesee CC: 11-095286-CZ

and

GREAT LAKES BROKER FUNDING, KURT W.
HEINTZ, MICHIGAN LAND DEVELOPMENT,
THOMAS KELLER, TITLE MICHIGAN
AGENCY, JEANENNE FOSTER KEELY,
f/k/a JEANENNE FOSTER, STATE VALUE
APPRAISALS, NATHAN B. HOGAN,
DOUGLAS K. SMITH, MORTGAGE
HOTLINE, INC., d/b/a AMERICAN
MORTGAGE DECISIONS, JAMES D.
LAMAR, III, and JAMES J. FISH,
           Defendants.

_____/

      On order of the Court, the application for leave to appeal the July 26, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 5, 2017

                                         Clerk

t0329